Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-407-342**
**Effective Date of Registration:**
April 24, 2024
**Registration Decision Date:**
August 13, 2024

---

## Title

**Title of Work:** Who You?

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 28, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Isaiah Keith Stephens
  **Pseudonym:** IsaiahS; IsaiahKS
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Isaiah Keith Stephens
219 Jackson Street Apt121, Lowell, MA, 01852, United States

## Rights and Permissions

**Name:** Isaiah Keith Stephens
**Email:** isaiah@isaiahdraws.com
**Address:** 219 Jackson Street Apt121
Lowell, MA 01852 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-407-350**
**Effective Date of Registration:**
April 24, 2024
**Registration Decision Date:**
August 13, 2024

## Title

    **Title of Work:** The Owls Three

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** November 20, 2013
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Isaiah Keith Stephens
    **Pseudonym:** IsaiahS; IsaiahKS
    **Author Created:** 2-D artwork
    **Citizen of:** United States
    **Pseudonymous:** Yes

## Copyright Claimant

    **Copyright Claimant:** Isaiah Keith Stephens
    219 Jackson Street Apt121, Lowell, MA, 01852, United States

## Rights and Permissions

    **Name:** Isaiah Keith Stephens
    **Email:** isaiah@isaiahdraws.com
    **Address:** 219 Jackson Street Apt121
    Lowell, MA 01852 United States

## Certification

    **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-407-336**

**Effective Date of Registration:**
April 24, 2024

**Registration Decision Date:**
August 13, 2024

## Title

**Title of Work:** Mr. Fox

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** December 19, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Isaiah Keith Stephens
  **Pseudonym:** IsaiahS; IsaiahKS
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Isaiah Keith Stephens
219 Jackson Street Apt121, Lowell, MA, 01852, United States

## Rights and Permissions

**Name:** Isaiah Keith Stephens
**Email:** isaiah@isaiahdraws.com
**Address:** 219 Jackson Street Apt121
Lowell, MA 01852 United States

## Certification

**Name:** David Denholm

